UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **YAHA A. AHMAD** and **HANA YAHYA AHMAD**, | ) ) CASE NO. 8:17-cv-2152-T-35AEP ) |
| Plaintiffs, | ) |
| v. | ) ) |
| **UNITED STATES OF AMERICA**, | ) ) |
| Defendant. | ) |

### PLAINTIFFS' APPLICATION FOR STAY OF ENTIRE CASE DUE TO THE LAPSE OF APPROPRIATIONS

Undersigned counsel, on behalf of Plaintiffs, Yaha A. Ahmad, and Hana Yahya Ahmad, an Individual, apply for an order staying the entire case due to the lapse of appropriations.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice ("Department"), of which the U.S. Attorney's Office is a component, expired; the expiration resulted in a lapse of appropriations to the Department. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, such as "emergencies involving the safety of human life or the protective of property." 31 U.S.C. § 1342.

3. A cursory review of the file and docket indicates that there are upcoming deadlines for discovery. Additionally, the parties are unable to coordinate the necessary depositions in this matter due to the government shut down, and at this point it is not known whether funding will be restored in sufficient time for the parties to coordinate said depositions and complete discovery in a timely manner.

4. Undersigned counsel for the Plaintiffs therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

5. The undersigned counsel's office reached out to the Department's counsel, E. Kenneth Stegeby, Esq. by email to provide notice of this application. Mr. Stegeby responded by email that he does not oppose this application.

6. Therefore, although the Plaintiffs greatly regret any disruption caused to the Court, the Plaintiffs moves for a stay of the entire case due to the lapse in appropriations until Department officials, and attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 17th day of January, 2019.

*Andrew Z. Tapp*

**ANDREW Z. TAPP, ESQ.**
Florida Bar No.: 68002
**METROPOLITAN LAW GROUP, PLLC**
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
(813) 228-0658
Andrew@Metropolitan.legal
LaJeana@Metropolitan.legal
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17th, 2019, a true and correct copy of foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF filing system, which will provide notice of this filing to counsel for Defendant:

    E. Kenneth Stegeby, Esq.
    Kenneth.Stegeby@usdoj.gov

*Andrew Z. Tapp*
Andrew Z. Tapp, Esq.